In the Matter of the Claim of HAZEL MACE, Appellant, against MORRISON & FLEMING et al., Respondents. STATE INDUSTRIAL BOARD, Appellant.

Argued October 18, 1944; decided November 22, 1944.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* and *Emmeline E. Ferris* of counsel), for State Industrial Board, appellant.

*David Alford* for claimant, appellant.
*Kenneth J. Dugan* for respondents.

Order affirmed, with costs against the State Industrial Board. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.